IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 2 2 1999
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

ROYCE L. LEE AND CONNIE A. LEE, §
Individually And as Next Friends §
of CATHERINE A. LEE, A Minor, §
                                §
            Plaintiffs,         § CIVIL ACTION NO:
                                §
VS.                             § SA-99-CA-0531-HG
                                §
RICHARD EASTLAND and            §
TWEETY EASTLAND,                §
                                §
            Defendants.         §

## ORDER

On this day came on to be heard Defendants RICHARD EASTLAND and TWEETY EASTLAND's, Motion for Leave to File Defendants' First Amended Original Answer. The Court having read the Motion and heard the arguments of counsel is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants EASTLAND and TWEETY EASTLAND have leave to file a First Amended Original Answer, and that the "Exhibit A" attached to the Defendants' Motion for Leave be treated as such.

SIGNED on this the 22nd day of July, 1999.

_____
UNITED STATES DISTRICT JUDGE

