IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAY 02 2000

CLERK, U.S. ... COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ROYCE L. LEE AND CONNIE A. LEE, Individually And as Next Friends of CATHERINE A. LEE, A Minor, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO: |
| VS. | § § | SA-99-CA-0531-HG |
| RICHARD EASTLAND and TWEETY EASTLAND, | § § § | |
| Defendants. | § § | |

## ORDER

On this day came on to be heard Defendants RICHARD EASTLAND, TWEETY EASTLAND and NATURAL FOUNTAINS PROPERTY, INC.'s, Motion for Leave to File Defendants' Supplemental Designation of Potential Witnesses. The Court, having read the Motion, is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants RICHARD EASTLAND, TWEETY EASTLAND and NATURAL FOUNTAINS PROPERTY, INC. have leave to file a Supplemental Designation of Potential Witnesses, and that the "Exhibit A" attached to the Defendants' Motion for Leave be treated as such.

SIGNED on this the 2ND day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE

-1-

36