IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 1 4 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| ROYCE L. LEE AND CONNIE A. LEE, Individually And as Next Friends of CATHERINE A. LEE, A Minor, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO: |
| VS. | § § | SA-99-CA-0531-HG |
| RICHARD EASTLAND, TWEETY EASTLAND, and NATURAL FOUNTAINS PROPERTY, INC. | § § § § | |
| Defendants. | § | |

## AGREED ORDER APPOINTING GUARDIAN AD LITEM

On this date came on to be heard in the above-styled cause, the Joint Motion For Appointment Of Guardian Ad Litem for Minor Plaintiff Catherine A. Lee. After reviewing the Motion, it appears to the Court that a Guardian Ad Litem should be appointed to represent the interests of the Minor Plaintiff CATHERINE A. LEE.

IT IS HEREBY ORDERED by the Court that _Robert Barrera_, be appointed Guardian Ad Litem to represent the interests of the Minor Plaintiff CATHERINE A. LEE in this cause.

SIGNED this the _14th_ day of _July_, 2000.

_____
JUDGE PRESIDING

50